# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

**In re:**

**Suzanne Terese Griffiths,**

    **Debtor.**

Chapter 7

Bankruptcy No. 21-30713

---

## UNITED STATES TRUSTEE'S NOTICE OF HEARING AND MOTION TO APPROVE SETTLEMENT OF DISMISSAL OF CHAPTER 7 CASE WITH PREJUDICE

---

COMES NOW the United States Trustee through his undersigned attorney, Colin Kreuziger, and moves the Bankruptcy Court to approve settlement of dismissal of chapter 7 case with prejudice. In support of his motion, he states the following:

1. The Court will hold a hearing on this motion at 10:30 a.m. on Wednesday, February 9, 2022, before the United States Bankruptcy Court, Courtroom 8W, Diana E. Murphy United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota.

2. Any response to this motion must be filed and delivered not later than Friday, February 4, 2022, which is five days before the time set for the hearing. Local Bankruptcy Rule 9006-1. UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.

3. This motion is filed pursuant to Fed. R. Bankr. P. 2002(a) and 9014, and Local Bankruptcy Rule 5005-1. The Court has jurisdiction over this motion pursuant to 28 U.S.C. §§ 1334 and 157(a), Fed. R. Bankr. P. 5005, and Local Rule 1070-1. This proceeding is a core proceeding. The debtor filed a chapter 7 petition on July 30,

2021.  The United States Trustee now requests that the Court approve the attached stipulation of dismissal of chapter 7 case with prejudice, pursuant to 11 U.S.C. § 707(a).  (See Kreuziger Decl., Ex. 1.)

4.  The Bankruptcy Code provides:  "The court may dismiss a case under this chapter only after notice and a hearing and only for cause."  11 U.S.C. § 707(a).  Fed. R. Bankr. P. 2002(a) provides that, in a chapter 7 case, the debtor, the trustee and all creditors are entitled to at least 21 days' notice of "the hearing on the dismissal of the case."

5.  The proposed stipulation of dismissal of chapter 7 case with prejudice sets forth the underlying facts.  The stipulation resolves anticipated litigation without further proceedings.  The stipulation is in the best interest of creditors because the debtor will not receive a discharge of her debts, and creditors will be able to resume collection efforts, if they choose, upon dismissal of this case.  The stipulation is in the best interest of the debtor, who seeks to avoid further litigation and terminate her bankruptcy case.  The United States Trustee believes that the stipulation constitutes ample cause to dismiss this bankruptcy case.  This motion and the accompanying stipulation have been served on the debtor, the chapter 7 trustee, and all creditors.  Under these circumstances, it is appropriate to grant the motion to approve the stipulation and dismiss this case with prejudice.

WHEREFORE, the United States Trustee requests that the Bankruptcy Court approve the stipulation of dismissal with prejudice and enter the proposed order filed with the Court.

Dated: January 19, 2022        JAMES L. SNYDER
        ACTING UNITED STATES TRUSTEE
        Region 12

        /e/ Colin Kreuziger
        Colin Kreuziger
        Trial Attorney
        MN Atty #0386834
        Office of the United States Trustee
        1015 U.S. Courthouse
        300 South Fourth Street
        Minneapolis, MN 55415
        (612) 334-1350

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

**In re:**

                                               **Chapter 7**

**Suzanne Terese Griffiths,**

                                               **Bankruptcy No. 21-30713**

        **Debtor.**

---

## UNSWORN DECLARATION OF COLIN KREUZIGER

I, Colin Kreuziger, declare under penalty of perjury, that:

1.    I am employed as a Trial Attorney by the United States Department of Justice. I represent the United States Trustee in this matter.

2.    The statements of fact contained in the attached motion are true and correct according to the best of my knowledge, information, and belief.

3.    Attached to this declaration is a true and correct copy of the following document:

        **Exhibit 1**:    Stipulation of dismissal of chapter 7 case with prejudice

Dated: May 27, 2021                                                                       /e/ Colin Kreuziger
                                                                                                        Colin Kreuziger

Case 21-30713    Doc 58    Filed 01/19/22    Entered 01/19/22 14:47:18    Desc Main
Document      Page 5 of 9

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:

**Suzanne Terese Griffiths,**

    Debtor.

Chapter 7

Bankruptcy No. 21-30713

## STIPULATION OF DISMISSAL OF CHAPTER 7 CASE WITH PREJUDICE

The debtor and the Acting United States Trustee ("UST") enter into the following stipulation:

### RECITALS

1. The debtor filed a voluntary chapter 7 petition on April 30, 2021.

2. The UST began investigating the debtor's financial circumstances shortly after the filing of the petition. On December 8, 2021, the UST filed a motion seeking authority to examine the debtor and various other individuals and entities. The UST filed the motion after the debtor advised that she would not be voluntarily producing documents on the advice of her criminal counsel. The UST also filed a motion seeking to extend the deadline to object to discharge. The Court granted both motions on December 29, 2021.

3. The parties continued to engage in settlement discussions and ultimately reached an agreement to resolve the UST's investigation as set forth below.

4. The parties seek to avoid further litigation related to the UST's investigation of the debtor's financial affairs, including actions pursuant to § 727(a). The parties

**Exhibit 1**

have entered into the following agreement, which the parties believe is fair and reasonable.

## AGREEMENT

The parties agree:

1. That this case shall be dismissed upon the granting of a motion to approve this stipulation of dismissal of chapter 7 case with prejudice.

2. That the debtor shall not file another chapter 7 bankruptcy petition for six months following the entry of the order dismissing this case.

Dated: January 19, 2022

| | |
|---|---|
| WALKER AND WALKER LAW OFFICES, PLLC | JAMES L. SNYDER ACTING UNITED STATES TRUSTEE Region 12 |
| /e/ Andrew Johnson<br>Andrew Johnson, #0400457<br>Attorneys for debtors<br>4356 Nicollet Avenue South<br>Minneapolis MN 55409<br>612-824-4357 | /e/ Colin Kreuziger<br>Colin Kreuziger<br>Trial Attorney<br>MN Atty. No. 0386834<br>Office of the United States Trustee<br>U.S. Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415<br>(612) 334-1350 |

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

**In re:**

**Suzanne Terese Griffiths,**

    **Debtor.**

Chapter 7

Bankruptcy No. 21-30713

## MEMORANDUM OF LAW

The United States Trustee through his undersigned attorney, Colin Kreuziger, files this Memorandum of Law in support of his motion to approve stipulation of dismissal of chapter 7 case with prejudice.

The Bankruptcy Code provides: "The court may dismiss a case under this chapter only after notice and a hearing and only for cause." 11 U.S.C. § 707(a). Fed. R. Bankr. P. 2002(a) provides that, in a chapter 7 case, the debtor, the trustee and all creditors are entitled to at least 21 days' notice of "the hearing on the dismissal of the case."

As discussed in the motion accompanying this memorandum, the proposed stipulation of dismissal of chapter 7 case with prejudice sets forth the underlying facts. The stipulation resolves anticipated litigation without further proceedings. It represents a reasonable compromise between: (1) the United States Trustee, who believes that further investigation and a possible objection to the debtor's discharge may be warranted and (2) the debtor, who seeks to avoid further litigation and terminate

her bankruptcy case. The stipulation is in the best interest of creditors because the debtor will not receive a discharge of her debts, and creditors will be able to resume collection efforts if they choose upon dismissal of this case. The United States Trustee believes that the stipulation constitutes ample cause to dismiss this bankruptcy case. This motion and the accompanying stipulation have been properly served on the debtor, the chapter 7 trustee, and all creditors, in compliance with Fed. R. Bankr. P. 2002. Under these circumstances, it is appropriate to grant the motion to approve the settlement and dismiss this case with prejudice.

Dated: January 19, 2022

JAMES L. SNYDER
ACTING UNITED STATES TRUSTEE
Region 12

/e/ Colin Kreuziger
Colin Kreuziger
Trial Attorney
MN Atty #0386834
Office of the United States Trustee
1015 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 334-1350

2

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

**In re:**

**Suzanne Terese Griffiths,**

    **Debtor.**

**Chapter 7**

**Bankruptcy No. 21-30713**

# ORDER

The debtor and the United States Trustee have entered into a Stipulation of Dismissal of Chapter 7 Case with Prejudice. Based on the stipulation,

IT IS ORDERED:

1. The Stipulation of Dismissal with Prejudice is approved.

2. This case shall be dismissed.

3. The debtor shall not file another chapter 7 bankruptcy petition for six months following the entry of this order.

Dated:

                                                        Katherine A. Constantine
                                                        United States Bankruptcy Judge