## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MINNESOTA

**In re:**

**Suzanne Terese Griffiths,**

    **Debtor.**

**Chapter 7**

**Bankruptcy No. 21-30713**

## ORDER

The debtor and the United States Trustee have entered into a Stipulation of Dismissal of Chapter 7 Case with Prejudice. Based on the stipulation,

IT IS ORDERED:

1. The Stipulation of Dismissal with Prejudice is approved.

2. This case is dismissed.

3. The debtor shall not file another chapter 7 bankruptcy petition for six months following the entry of this order.

Dated: February 09, 2022

/e/ Katherine A. Constantine
Katherine A. Constantine
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 02/09/2022
Tricia Pepin, Clerk, by CG